■ IQBAL SINGH, Appellant-Respondent, v JOHN KARLE et al., Respondents-Appellants.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Galloway, J. (Appeals from Order of Supreme Court, Monroe County, Galloway, J.—Summary Judgment.) Present—Denman, P. J., Boomer, Pine, Lawton and Davis, JJ.

■ BERNARD NOGAS et al., Respondents, v MICHAEL GRIFFIN et al., Defendants, and ROBERT G. ACEE et al., Appellants.—Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Grow, J. (Appeal from Judgment of Supreme Court, Oneida County, Grow, J.—Article 78.) Present—Denman, P. J., Boomer, Pine, Lawton and Davis, JJ.